# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN WARD LITTLE, | ) | 1:03cv6118 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS |
| v. | ) | |
| SHANDRA THOMAS KINSEY, et al., | ) | (Document 40) |
| Defendants. | ) | |

Defendants County of Merced, Douglas Hays, John McKnight, and Caleb Heggland ("Defendants") filed the instant motion to compel responses to special interrogatories and request for sanctions on April 13, 2005. The matter was heard on May 27, 2005, before the Honorable Dennis L. Beck, United States Magistrate Judge. William Terrence appeared on behalf of Defendants. Plaintiff, appearing in this action pro se, did not appear at the hearing.

**BACKGROUND**

Plaintiff filed the instant action on August 18, 2003. The general bases of the underlying claims are (1) that officials of the California Highway Patrol and the County of Merced violated his civil rights under 42 U.S.C. § 1983 by using excessive force in arresting and detaining Plaintiff; and (2) that Plaintiff's first attorney committed legal malpractice in his representation of Plaintiff.

1

1   On January 27, 2005, the Court granted Plaintiff's counsel's motion for withdrawal.  The motion was based on counsel's inability to communicate with Plaintiff.  Plaintiff is now appearing pro se.  The case has not been scheduled.

On April 13, 2005, Defendants filed the instant motion to compel responses to special interrogatories and request for sanctions.  Plaintiff has not filed an opposition or otherwise contacted the Court.

## DISCUSSION

Federal Rule of Civil Procedure 37 (a)(2)(B) provides that if a party fails to answer an interrogatory submitted under Rule 33, the discovering party may move for an order compelling an answer.  If the motion is granted, the Court shall award the reasonable expenses incurred in making the motion, including attorney's fees, to the moving party.  Fed.R.Civ.Proc. 37(a)(4)(A).

On February 14, 2005, Defendants served Plaintiff, appearing pro se, with special interrogatories.  Responses were due on March 16, 2005.  On March 31, 2005, after not receiving a response, Defendants' counsel sent Plaintiff a letter requesting that he serve responses by April 7, 2005.  To date, Plaintiff has not provided responses or responded to the March 31, 2005, letter.  As Plaintiff has not responded to the discovery or provided an explanation for his failure to respond, Defendants' motion to compel is GRANTED.

Defendants also request sanctions in the amount of $600.00.  According to Defendants' counsel Michael G. Marderosian, his rate is $200.00 per hour.  Declaration of Michael G. Marderosian ("Marderosian Dec."), ¶ 6.  He has spent 1.5 hours preparing this motion and expects to spend an additional 1.5 hours preparing for and attending the hearing on the motion, for a total sanction request of $600.00.  Marderosian Dec., ¶ 6.  However, because Plaintiff did not file an opposition to the motion, there was little, if any, preparation necessary for the hearing.  Moreover, the time spent at the hearing was minimal.  Accordingly, Defendants are entitled to sanctions in the amount of $300.00, an amount that represents the cost of the time spent in preparing the instant motion.

**ORDER**

Defendants' motion to compel is GRANTED. Plaintiff is ORDERED to provide responses to Defendants' special interrogatories within ten (10) days of the date of service of this order.

Defendants' request for sanctions is also GRANTED. Plaintiff SHALL PAY SANCTIONS to Defendants' counsel in the amount of $300.00. This amount shall be paid on or before June 30, 2005. Failure to comply with this order will result in further sanctions which may include evidentiary sanctions or dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **May 27, 2005**              /s/ Dennis L. Beck
3b142a                              UNITED STATES MAGISTRATE JUDGE