```
                              FILED
                         JUDGMENT ENTERED

                       _____August 15, 2005___
                                  Date
                         by ___/s/ GREG LUCAS_____
                              Deputy Clerk
                          U.S. District Court
                       Eastern District of California
                       __x____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

STEVEN WARD LITTLE,

       Plaintiff,

vs.

          **JUDGMENT IN A CIVIL ACTION**

          CV-F-03-6118 OWW/DLB

SHANDARA THOMAS KINSEY, et al.,

       Defendant.
_____/

       DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice in its entirety.

DATED:

                              JACK L. WAGNER, Clerk

                       By:   /s/ GREG LUCAS
                             Deputy Clerk

jgm.civ
2/1/95