```
                                    FILED
                              JUDGMENT ENTERED

                              _____10/5/2005_____
                                        Date
                           by _____G. Lucas_____
                                      Deputy Clerk
                                 U.S. District Court
                              Eastern District of California
                              __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

STEVEN WARD LITTLE,

      Plaintiff,

vs.

                  **JUDGMENT IN A CIVIL ACTION**

                  CV-F-03-6118 OWW

SHANDRA THOMAS KINSEY,

      Defendant.
_____/

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of all defendants and against the plaintiff and the matter is dismissed with prejudice.

DATED:

                              JACK L. WAGNER, Clerk

                        By:  /s/ Greg Lucas
                           Deputy Clerk

jgm.civ
2/1/95